United States District Court
Southern District of Texas

**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Criminal No. 5:25-CR-00902-001-S |
| | § | |
| ALEXIS GONZALEZ HERNANDEZ | § | |

## **ORDER**

The Government filed a Motion for Extension of Time to file its Brief in Response to the Court's Order on July 20, 2026, requesting an extension of two weeks to file their brief. Dkt. No. 161. The Government then filed its brief on July 31, 2026, ten days after the original deadline. Dkt. No. 163; *see* Dkt. No. 160. Because the Government has since filed its brief, the Government's Motion for Extension of Time, Dkt. No. 161, is now **MOOT**.

Also pending before the Court is Defendant's Unopposed Motion for Extension of Time to File Brief in Response to the Court's Order. Dkt. No. 164. Given the Government's delay and the motions hearing set for August 19, 2026, the Court finds a ten-day extension to be most appropriate.[1] Accordingly, Defendant's Motion for Extension of Time to File Brief in Response to the Court's Order, Dkt. No. 164, is **GRANTED**, but Defendant is **ORDERED** to file his response brief by **August 14, 2026**. Additionally, the

---

[1] The Court notes that Defendant's position is that an evidentiary hearing is unnecessary. *Id.* at 2 n.1. Should the Parties confer and agree that an evidentiary hearing on this matter is not needed, they may file a joint advisory notifying the Court and briefing their legal basis for this conclusion by **August 17, 2026**.

Parties' deadline to file their exhibit and witness lists for the August 19th hearing shall be extended to **August 17, 2026, at 4:00 p.m.**.

      IT IS SO ORDERED

      Signed this August 4, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge